11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joel Lara Cruz,                              * From the 167th District
                                               Court of Travis County,
                                               Trial Court No. D-1-DC-10-904097.

Vs. No. 11-11-00100-CR                        * August 8, 2013

The State of Texas,                          * Memorandum Opinion by McCall, J.
                                               (Panel consists of: Wright, C.J.,
                                               McCall, J., and Willson, J.)

Both the opinion and judgment of this court dated April 25, 2013, and entered in the minutes of this court at Volume 36, page 204 are withdrawn. The opinion and judgment of this court dated August 8, 2013, are substituted therefor.

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joel Lara Cruz,                              * From the 167th District
                                               Court of Travis County,
                                               Trial Court No. D-1-DC-10-904097.

Vs. No. 11-11-00100-CR                        * August 8, 2013

The State of Texas,                          * Memorandum Opinion by McCall, J.
                                               (Panel consists of: Wright, C.J.,
                                               McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.